IDA MAE CHRISTIE, Respondent, v. THE CITY OF BEACON, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.